## ATTACHMENT A - STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **SHAWN FRED CRAWFORD** was a resident of Lusby, Maryland.

On July 25, 2012, **CRAWFORD**, utilizing the screenname "mrnasty4u2," distributed 6 images and 16 videos depicting children engaged in sexually explicit conduct to an undercover agent through a file share program. The following is an example of one of the files **CRAWFORD** distributed:

* A video titled "Pthc new 2010 Tara Ass Fucking and sucking! sexy ass!.wmv," which depicts a prepubescent female performing oral sex on an adult male. As the video proceeds, the adult male performs what appears to be anal sex on the prepubescent female. The length of the video is 5 minutes and 5 seconds.

On September 18, 2012, after agents of the Federal Bureau of Investigation conducting undercover online investigations into individuals utilizing file share programs to knowingly access, receive, and distribute child pornography determined that **CRAWFORD** had distributed the files described above, they obtained and executed a federal search warrant that was executed at **CRAWFORD's** residence. **CRAWFORD** consented to an interview. During his interview, **CRAWFORD** admitted to viewing child pornography. **CRAWFORD** also confessed to utilizing the screenname "mrnasty4u2."

During the search, **CRAWFORD's** computers and other digital media items were seized and forensically examined. The computers and hard drives utilized by **CRAWFORD** contained approximately 4,700 images and 1,100 videos depicting children engaged in sexually explicit conduct. The following are examples of images and videos present on **CRAWFORD's** seized digital media on September 18, 2012:

* An image titled "120438 NEW! pedo 9yo Tori 01 lsm kdquality childlover pthc kidzilla 26.jpg," which depicts a naked prepubescent female with her legs spread and her genitalia exposed to the camera.

* An image titled "2_PTHC Ultra Hard Pedo Child Porn Pedofilia (New) 056 (1).jpg," which depicts a prepubescent female performing oral sex on an adult male.

* A video titled "CBaby (with real sound,this is very rare!).wmv," which depicts a prepubescent female without any pants on. The prepubescent female touches her

genitalia which is exposed to the camera. As the video proceeds, an adult male touches the prepubescent female's genitalia with his exposed penis. Later in the video, the prepubescent female performs oral sex on an adult male. The video is four minutes and 27 seconds in length.

The images and videos depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

*   *   *

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_19 Dec 2012_  
Date

_Shawn F. Crawford_ (signature)  
Shawn Fred Crawford

I am Shawn Fred Crawford's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

_12/19/2012_  
Date

_(signature)_  
William C. Brennan, Jr., Esq.

11